**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0222

Janice Marlene Kosak and Janice Ashley Chaisson

- - Versus - -

Louisiana Farm Bureau Casualty Insurance Company,
Darrian Bozeman, Bryan Bozeman, GEICO Casualty
Company

21st Judicial District Court
Case #: 151193
Livingston Parish

On Application for Rehearing filed on 12/22/2020 by Janice Marlene Kosak, et al

Rehearing _____*Denied*_____

_____
Mitchell R. Theriot

_____
Elizabeth Wolfe

Date **JAN 1 1 2021**

_____
Rodd Naquin, Clerk